CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 2 8 2016

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| EDDIE DALE PRIVETT,<br>　　Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:16-cv-00040 |
| v. | ) <br> ) | ORDER |
| DR. FREDRICK MOSES, et al.,<br>　　Defendant. | ) <br> ) <br> ) | By:　Hon. Michael F. Urbanski<br>　　　United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 42 U.S.C. § 1997e(c)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the Plaintiff.

ENTER: This 25th day of March, 2016.

/s/ Michael F. Urbanski
United States District Judge